IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERTO HERRERA,

      Plaintiff,                    No. 2:10-cv-1181 MCE JFM (PC)

   vs.

B. WHEELER, et al.,

      Defendants.            ORDER

_____/

      Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

      Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: September 14, 2010.

                                        UNITED STATES MAGISTRATE JUDGE

/kly014;herr1181.59